# United States Court of Appeals
## For the First Circuit

No. 17-1583

DJAMEL OUADANI, on behalf of himself and all others similarly situated,

Plaintiff, Appellee,

v.

TF FINAL MILE LLC, f/k/a Dynamex Operations East, LLC,

Defendant, Appellant.

**JUDGMENT**

Entered: November 21, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

Dynamex Operations East, LLC, is ordered to show cause by written response within fifteen days as to why the court should not assess double costs for "needlessly consuming the time of the court and opposing counsel." D'Angelo v. N.H. Supreme Court, 740 F.3d 802, 808 (1st Cir. 2014) (citing In re Simply Media, Inc., 566 F.3d 234, 236 (1st Cir. 2009)); see also Fed. R. App. P. 38; 1st Cir. R. 38.0.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hillary A. Schwab
Stephen S. Churchill
Brant Casavant
Rachel J. Smit
Diane Saunders